IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

MARCUS D. LITTLE, JR.,
    Petitioner,

v.

CHANCE JONES,
    Respondent.

Case No. 2:25-cv-2206

**Order**

    Before the Court is Petitioner Marcus D. Little, Jr.'s Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), Motion to Dismiss for Due Process Violation (Doc. 3), and Motion to Request Copies (Doc. 8).

    In the Court's July 31, 2025 Order (Doc. 5), Petitioner was directed to show cause within thirty days as to why his Petition should not be dismissed for failure to exhaust pursuant to 28 U.S.C. § 2254(b). Petitioner filed a letter in response (Doc. 7), asking the Court to clarify the impact of a dismissal without prejudice on future efforts to litigate his claims. Petitioner has not otherwise responded to the order to show cause and, for the reasons explained in the Court's previous order, the Court finds that Petitioner's Petition must be dismissed for failure to exhaust. However, Petitioner is informed that the dismissal is without prejudice and with leave to re-file after he exhausts his state court remedies.

    Pursuant to Rule 11(a) of the Rules Governing § 2254 Proceedings, this court denies a certificate of appealability in this case. "When the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim," which has happened here, "a [certificate of appealability]

should issue when the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (emphasis added). This court concludes that jurists of reason would not find it debatable whether this case should be dismissed without prejudice for failure to exhaust state court remedies. Therefore, this Court concludes that a certificate of appealability is unwarranted.

**THEREFORE, IT IS ORDERED:**

1. Petitioner Marcus D. Little, Jr.'s Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) is DISMISSED without prejudice and with leave to re-file after he has exhausted his state court remedies;
2. The Court DECLINES to issue a certificate of appealability;
3. Petitioner's Motion to Request Copies (Doc. 8) is GRANTED. As a courtesy, the Clerk is DIRECTED to send Petitioner a copy of his Petition (Doc. 1). Any further requests for copies of filings on the docket must be directed to the Clerk and include the requisite fees;
4. Petitioner's remaining pending motion (Doc. 3), is DISMISSED as MOOT;
5. This case is CLOSED.

*It is so ordered.*

Entered on September 3, 2025.

s/Jonathan E. Hawley
U.S. DISTRICT JUDGE